SEALED

FILED
MAR 08 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
Grant B. Rabenn
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF <br><br> Valley Medical Group, 5401 White Lane, Bakersfield, California; <br><br> 12404 Southworth Court, Bakersfield, California; <br><br> High Grove Medical Center, 2701 Chester Avenue, Suite 202, Bakersfield, California; <br><br> Ashli Healthcare, Inc., 2201 Zeus Court, Bakersfield, California; <br><br> 90 Portales Real Road, Bakersfield, California. | SW NO. 5:13-sw-00018 JLT <br><br> **UNDER SEAL** <br><br> APPLICATION TO SEAL |

The United States of America hereby applies to this Court for an order permitting it to file the Search Warrants, Affidavits, and Applications, in the above-captioned proceeding under seal until further order of the Court. In addition, it applies for this Application, Memorandum, the attached Declaration of Grant B. Rabenn, and the (proposed) Order to likewise be filed under seal.

///

///

MEMORANDUM OF LAW

In its application, the United States has asked this Court to seal the Search Warrants, Applications, and Affidavit. The Ninth Circuit has held that federal district courts have the inherent power to seal warrant affidavits in appropriate circumstances, <u>Offices of Lakeside Non-Ferrous Metals, Inc. v. United States</u>, 679 F.2d 779 (9th Cir. 1982); <u>United States v. Agosto</u>, 600 F.2d 1256 (9th Cir. 1979). This inherent power may appropriately be exercised when disclosure of the affidavit would disclose facts which would interfere with an ongoing criminal investigation. <u>Shea v. Gabriel</u>, 520 F.2d 879 (1st Cir. 1979). In the present case, as is set forth in the attached Declaration of Grant B. Rabenn, the disclosure of the Affidavit would disclose to possible defendants information that could lead to them concealing, destroying or damaging evidence prior to the execution of the search warrant and obstruction of an ongoing investigation. Further, since the investigation will be continuing during and after the search, the government requests that the warrant be sealed until further order of this court. Disclosure of the application and affidavit prior to any charges being filed may compromise the investigation and prosecution of the case. Accordingly, the government requests this court to enter an order sealing the Search Warrants, Applications and Affidavit, as well as this application, memorandum, and declaration until further order of the court.

DATED: March 8, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

BY:/s/ Grant B. Rabenn
GRANT B. RABENN
Assistant U.S. Attorney

DECLARATION OF GRANT B. RABENN

I, Grant B. Rabenn, hereby declare and state as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California. I am the attorney assigned to work on the search warrant in this case. I reviewed and approved the search warrant, application and affidavit.

2. The government respectfully requests that this Court order the Search Warrants, Applications, and Affidavit in this case be kept secret and under seal until further order of this court. This request is made so that the possible targets of the criminal activity may not conceal, damage or destroy such evidence prior to the execution of the tracking warrant. Further, the government respectfully requests that the affidavit be sealed after execution of the search warrant so that the possible targets of the criminal activity do not conceal, damage or destroy other evidence not found at the search location.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Fresno, California on March 8, 2013.

/s/ Grant B. Rabenn
GRANT B. RABENN