BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

SEALED FILED
MAR 08 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | SW NO. 5:13-sw-00018 JLT |
| Valley Medical Group, 5401 White Lane, Bakersfield, California; | **UNDER SEAL** |
| | SEALING ORDER |
| 12404 Southworth Court, Bakersfield, California; | |
| High Grove Medical Center, 2701 Chester Avenue, Suite 202, Bakersfield, California; | |
| Ashli Healthcare, Inc., 2201 Zeus Court, Bakersfield, California; | |
| 90 Portales Real Road, Bakersfield, California. | |

The United States of America, having applied to this Court, for an Order permitting it to file the Search Warrants, Applications, and Affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

///

///

///

///

1

IT IS HEREBY ORDERED that the Search Warrants, Applications, and Affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: 3/8/13

Hon. Jennifer L. Thurston
U.S. MAGISTRATE JUDGE