## UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>ASHLI HEALTHCARE, INC<br>2201 Zeus Court<br>Bakersfield, California | ) Case No: 5:13-sw-00018 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer [or an attorney for the government] requests the search of the following person or property located in the **Eastern** District of **California**,
*(identify the person or describe the property to be searched and give its location [See Attachment "A"]):*

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized [See Attachment "B"]):*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before  3/29/13
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3/8/13, 10:38 a.m.   _____
                                              *Judge's signature*

City and State: ____Bakersfield, California____   United States Magistrate Jennifer L. Thurston____

| Return | | |
|---|---|---|
| Case No.: 5:13-sw-00018 JLT | Date and time warrant executed: 3\12\2013  9:03 am | Copy of warrant and inventory left with: Stephanie Watson / Lydia Diaz |
| Inventory made in the presence of: SA Sharron M. Cannella | | |
| Inventory of the property taken and name of any persons(s) seized: See attached | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3\20\2013

*Executing officer's signature*

Sharron M. Cannella - Special Agent
*Printed name and title*

# U.S. DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

On (date) 3/12/2013
At (time) 5:53 pm
(Name) Corina Diaz
(Location) ASHLI HEALTHCARE, INC.
2201 Zeus Court, Bakersfield, CA

Item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | Patient files |
| 2 | Patient files |
| 3 | Patient files, Trilogy binders, referral records, charts, rolodex, and day planners |
| 4 | Dream Team Daily O2, Trilogy & DME order log, handwritten notes, and patient records |
| 5 | Dream Team Daily O2, Trilogy & DME order log, handwritten notes, and patient records |
| 6 | Patient records, call logs, usernames & passwords, notes for Ernie, notes & audit checklist, and Trilogy prescriptions |
| 7 | Patient records, call logs, usernames & passwords, notes for Ernie, notes & audit checklist, and Trilogy prescriptions |
| 8 | Training folders for employees, list of sales stats by product, and product order invoices |
| 9 | Manuals, rolodex (L38); patient records, diagnosis list, phone list, rolodex (M47); account lists, delivery confirmation, pamphlets (L37); faxes & patient records (B3); doctor list, Ashli phone tree (M57); patient files, lists, and folders (Corina Diaz's car) |
| 10 | Patient files and unfiled patient documentation |
| 11 | Patient records, insurane websites, usernames/passwords, policy/procedures, Trilogy complete patient file form, training material, Mario's recerts, sample prescriptions, product information |
| 12 | Patient files, patient documentation not in files, blank prescription pad for Dr. Anderson/Dr.Kamal, Dr. Anderson business card, blank PT referral form for South Coast rehab |
| 13 | Patient files, list of HealthNet patients, and faxes to biller re: patient |
| 14 | Patient invoices, files, lists, notes, statements; notepad; EOBs; emails, test results, held orders report, delivery tickets, PCP and specialist request for services, product codes, unconfirmed order report |
| 15 | Order reports by patients, CPAP SIM card requests & data, prescriptions, EOBs, sleep study lists, price lists, revenue report, emails, CA payee data insurance info; & driver logs |
| 16 | "Received Equipment Clean Concentrator Maint Log" binders with loss from 2010 - 2011 |
| 17 | Binders of Oxygen Concentrator Maint. Logs 2011 - 2012 |
| 18 | Trilogy Bipap equip binders, equipment log binder, Oxygen Conc maint logs binder, patient forms, ethics & rules, billing procedures |
| 19 | Equipment maintenance logs, device delivery logs, & daily delivery log sheets |
| 20 | Patient records |

| ITEM# | DESCRIPTION |
|---|---|
| 21 | Mario's daily log, Mario's overnights, At-A-Glance calendar, attestation letter, faxed daily log, and order and patient forms. |
| 22 | Patient records |
| 23 | Delivery services, physician orders, Noridian correspondence, training materials, patient files, prescriptions, manuals, codes lists, price sheets, login notes, packing lists, DME billing/delivery |
| 24 | Patient files |
| 25 | Personnel files and employee records for Akery - Martinez |
| 26 | Personnel files & employee records for Mueller - Yoon; oxygen route sheets for Edmond & Lloyd Jansen; held order reports for patients |
| 27 | Patient files, passwords & usernames, Trilogy notes, & delivery paperwork (D5); passwords & patient files (D7); Ashli policy manual, emergency plan, & corporate compliance plan (E8) |
| 28 | Remittance advices, EOBs, check stubs, CA Medical remittance advice details, & May 2012 Medical financial statement |
| 29 | Invoices for 2011 from DPP Medical Supply & Dalton Medical Pacific Corp; packing slips, & shipping invoice statement |
| 30 | Ashli balance sheet, profit/loss statement, accounting info, invoicecs, lease documents, oxygen equip invoices |
| 31 | EOBs Aug. 2012 |
| 32 | Patient files; payroll & time sheet |
| 33 | Patient files |
| 34 | MediCal financial summary/remittance advice details, explanation of payment forms, EOBs, claim payments |
| 35 | Invoices/statements DDP Medical Supply diabetic equipment |
| 36 | Invoices from manufacturers & wholesalers to Ashli |
| 37 | Lease agreements, invoices, distribution contract, Medicare overpayment recrods |
| 38 | Explanation of payments: private pay and MediCal |
| 39 | EOB, check stubs for claim payments/statements, patient information |
| 40 | Docs for No-Gos (rejected deliveries) |
| 41 | Late 2012 EOB |
| 42 | Patient files Ta-Tr |
| 43 | Patient files |
| 44 | Patient files |
| 45 | Patient files |
| 46 | Patient files |

| ITEM# | DESCRIPTION |
|---|---|
| 73 | *Patient records, contracts, financial records, policies & procedures* |
| 74 | Patient files, delivery slips, insurance billing, patient correspondence, & statements for patients |
| 75 | Patient files Ro-Ru |
| 76 | Patient files Su-Sw |
| 77 | Patient files |
| 78 | Patient files and delivery routes |
| 79 | Patient files Mo - Na |
| 80 | Patient files So - St |
| 81 | Patient files Mc - Me |
| 82 | Patient files W |
| 83 | Patient files, service instructions, EOBs, payment information |
| 84 | Patient files, services instructions (I71), documents labelled Trilogy (I72), service instructions (I73, I74) |
| 85 | Patient files A-F |
| 86 | Patient files Ch - Co |
| 87 | Domo invoices, Medicare overpay statements, medical info, CPA fees, customer statements, Airgas deliveries, respironics invoice (G11); route sheets, invoices, contracts, patient lists (G12) |
| 88 | Patient files Ta/Tr - Tu |
| 89 | Patient files - Deceased/Inactive A" |
| 90 | Patient files |
| 91 | Patient files |
| 92 | Patient files Du - Es |
| 93 | Patient files Na - Ni |
| 94 | Patient files Ga - Gi |
| 95 | Delivery routes |
| 96 | Patient files |
| 97 | Patient files |
| 98 | Patient files V - W |
| 99 | Patient files Sn - So, Per - Pet |

| ITEM# | DESCRIPTION |
|---|---|
| 100 | *Patient files Men - Mey* |
| 101 | Patient files |
| 102 | Patient files Sh - Sm |
| 103 | Patient files |
| 104 | Patient files |
| 105 | Patient files |
| 106 | Patient files Gi - Go |
| 107 | Patient files X - Z |
| 108 | Patient files |
| 109 | Patient files Ve - Vi |
| 110 | Patient files |
| 111 | Patient files Moo - Mor |
| 112 | Patient files Co - Cr |
| 113 | Patient files |
| 114 | Patient files |
| 115 | Patient files Or - Pe |
| 116 | Patient files |
| 117 | Patient files Ca - Ch |
| 118 | Patient files |
| 119 | Patient files Ru - Sa |
| 120 | Patient files Pa - Pe |
| 121 | Patient files |
| 122 | EOB late 2012 |
| 123 | Insurance claims/billing/docs |
| 124 | Patient files Sl - Sn |
| 125 | Patient files |
| 126 | Patient files Sa- Sc |

| ITEM# | DESCRIPTION |
|---|---|
| 47 | Patient files & rolodex |
| 48 | Rolodex, Trilogy notes, prescription, usernames/passwords, patient lists/files/letters/statements, Ashli Healthcare process, demographic listeing, delivery ticket, indigent forms |
| 49 | Patient files Mi - Mo |
| 50 | Patient files |
| 51 | Patient files Cr - De |
| 52 | Patient files F - M |
| 53 | Patient files W (cont.) |
| 54 | Patient files B-C |
| 55 | Patient files |
| 56 | Patient files |
| 57 | Patient files De-Do |
| 58 | Patient files |
| 59 | Patient files B- C |
| 60 | Patient files - Deceased/Inactive A |
| 61 | Patient files |
| 62 | Patient files U-Ve |
| 63 | Patient files |
| 64 | DDP invoices, packing slips, master invoices for Ashli, patient file sheets, correspondence with consultants |
| 65 | Patient files |
| 66 | Patient files, unfiled patient docs marked "no-go" |
| 67 | Emails, Oxygen CMNsm oximetry test results, patient statements, prescriptions, patient demographic heets, service instructions, correspondence |
| 68 | Binders: Employee policies & manuals, continuing education training, DMEPOS jurisdiction training manual, quality improvement program, equipment & safety manual |
| 69 | Patient files Do - Du |
| 70 | Doctor file listing, doctor/patient list, office manager notes, account file listing by doctor, accounts receivable, patient files, physician letters, equipment list, salesperson acct financial totals, billing |
| 71 | Patient files |
| 72 | Patient files |

| ITEM# | DESCRIPTION |
|---|---|
| 127 | Patient files Fi - Fr |
| 128 | Patient files Fr - Ga |
| 129 | Patient files |
| 130 | Binder labeled warehouse products accounts, multiple service instructions in folders |
| 131 | Diagnostic reports, patient reports A - D |
| 132 | Patient docs, password lists |
| 133 | Patient files |
| 134 | Patient files |
| 135 | Faxes, perscriptions, bsuiness docs, patient files |
| 136 | Business docs, patient records, billing docs |
| 137 | Patient files |
| 138 | Patient files, business docs, billing records |
| 139 | Patient files |
| 140 | Patient files |
| 141 | Patient files, business docs, billing records |
| 142 | Prescriptions, billing, check stubs, registration forms, audit details, letters, patient lists, route logs, Profox instructions, packing slips, CMN, usernames/passwords, Trilogy docs, training, test results |
| 143 | Account numbers, invoices, services instructions, demographic listing, prescriptions, patient files, oxygen tests expired report, CMN, authorization tracker |
| 144 | Service instructions, EOB, CMN, patient logs, Pulse-Ox, notes, prescriptions, usernames/passwords, patient files, oximetry report, order report, ethics & fraud prevention test |
| 145 | Notes, insurance app, CMS DME approval notice, packing slips, service reports, Dispensed Legend Device log, oxygen & DME functions, billing, delivery invoice, passwords |
| 146 | MediCare info, personnel files, invoice files, annual reports, Trilogy equipment lease |
| 147 | Blank prescription pad, ID order for overnight pulse oximetry, emails, servie instructions, equipment rental agreement, datebook, copies of prefilled prescriptions for Trilogy machines |
| 148 | SIM cards and CD |
| 149 | Invoices, check stubs, visitor logs, purchase orders |
| 150 | Employee expense reports |
| 151 | I-9 forms, deposit statements, tax & financial records, 1099 form |
| 152 | Financial records, 1099s, Discovery card acct info, profit/loss statement, AMEX card acct, Union Bank receipts, banking file, employee earnings records, W-2 |

| ITEM# | DESCRIPTION | | |
|---|---|---|---|
| 153 | Invoices, overpayment notices, whited-out doctor signature form | | |

<div style="text-align:center">**(END OF LIST)**</div>

Received by: _____ (Signature)       Received from: _____ (Signature)

Total of 153 Item(s) Listed

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 209A-SC-263607Ø

On (date) MARCH 12, 2013

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Asili Healthcare - Corina Diaz
(Street Address) 2201 Zeus Court
(City) Bakersfield, CA

Description of Item(s): (1) Data from Corina Diaz's Apple iPhone 5; S/N: DNTJQM5NDTTN; Captured using iPex 151 and Lantern3;
(2) Data from Mario Arena's iPhone 4; S/N: C8PH8A1PDTDØ; Captured using iPex 151 and Lantern3;
(3) aws Data from Mercy Pena's AT&T Pantech C530 Cell Phone SIM Card; S/N: 839Ø12778; Captured using UFED Cellebrite;
(4) CART Purchased and Wiped Seagate Barracuda 2TB SATA Hard Disk Drive Model ST2000DM001; S/N: W1E37ELP Containing Image of Hitachi 1TB SATA Hard Disk Drive Model HDS721010CLA632; S/N: JP294ØNØØKH9UD Located in HP Omni All-in-One PC S/N: 4CS24908Q Found in Room L, Lydia Garcia - Desk 4Ø.
(5) CART Purchased and Wiped Hitachi 2TB SATA Hard Disk Drive Model HDS72302ØBLA642; S/N: F3ØUVVNE Containing Image of Toshiba 32ØGB 2.5" SATA Hard Disk Drive Model MQØ1ABDØ32; S/N: 323DF6UOS R61 HDKEBØ4TØAØ1 S; Located in Toshiba Laptop - Satellite C655D-S5511; S/N: 3C242396Q Found in Room H, Desk 58 - LZHC58DØ;
(6) CART Purchased and Wiped Seagate Barracuda 3TB SATA Hard Disk Drive Model ST3000DM001; S/N: 21FØB3JH; Containing Image of Western Digital 64ØGB SATA Hard Disk Drive Model WD64ØØAAKS; S/N: WCASY9421357; Located in Dell Inspiron 1 PC S/N: 5155 F155KK1 Found in Room L, Desk 43 - LZLC43DØ;

Received By: _[signature]_      Received From: _[signature]_
(Signature)                                                (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property Received/Returned/Released/Seized

File # 302A-SU-2076012

On (date) March 13, 2013                    Item(s) listed below were:
                                            ☐ Received From
                                            ☐ Returned To
                                            ☐ Released To
                                            ☒ Seized

(name)           Hewlett - Cairo Diaz
(Street Address) 220 Zeus Court
(city)           Pacifica, CA

Description of item(s): (1) Data from Cosrian Diaz Apple iPhone 5, s/n DNTZQMGNDTTA; Carriaged using item 131 and Lantern 2.

(2) Data from Mario Arenas iPhone 4, s/n C8PHFAH1DTDQ; Carriaged using Item 131 and Lantern 2.

(3) Data from Mercy Rojas HTC Fantech C525 Cell Phone SIM, s/n 8980(1)778; Carriaged using OFED Cellebrite.

(4) CART Purchased and Wiped Seagate Barracuda 2TB SATA Hard Disk Drive Model ST2000DM001; s/n W1E37ELP Containing Image of Hitachi 1TB SATA Hard Disk Drive Model HDS721010CLA632, s/n JP2940HKH70, Located in HP Omni All in One PC s/n 4CE2416D5G Found in Room L, Lydia Garcia - Desk 49.

(5) CART Purchased and Wiped Hitachi 2TB SATA Hard Disk Drive Model HDS723220BLE640, s/n FT0UVWNE Containing Image of Toshiba 250GB 2.5 SATA Hard Disk Drive Model MQ01ABD032, s/n 32DPLQQS REV HDKBF89G S, Located in Toshiba Laptop - Satellite C655D-S5511 s/n 5C242SACG LC069 in Room H, Desk 58 - L2HC55DQ.

(6) CART Purchased and Wiped Seagate Barracuda 3TB SATA Hard Disk Drive Model ST3000DM001, s/n Z1F0637H, Containing Image of Western Digital 640GB SATA Hard Disk Drive Model WD6400AAKS s/n WCASY4135357, Located in Dell Inspiron 1 PC s/n 5T533F1SEKKI Found in Room L, Desk 43 - 74C45DQ

Received By: _____            Received From: _____
             (Signature)                                (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 209A-SC-263604

On (date) March 12, 2013

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Ashli Healthcare - Corina Diaz
(Street Address) 2201 Zeus Court
(City) Bakersfield, CA

Description of Item(s): (7) CART Purchased Seagate Barracuda 2TB SATA hard disk drive Model ST2000DM001; S/N: W1E3D0MM; containing image of Western Digital 640GB SATA hard disk drive Model WD640AAILS; S/N: WCAS49791502; located in Dell PC S/T F8TTKK1 found in room M, desk 52 LZMC52D0;

(8) CART Purchased and Wiped Seagate Barracuda 2TB SATA Hard Disk Drive Model ST2000DM001; S/N: W241819B; containing image of Seagate 500GB SATA Hard Disk Drive Model ST3500418AS; S/N: Z2A0NZLP; Located in HP Pavilion Slimline S5753W; S/N: 3CR1111DSN found in Room N, Desk 21 - LZNC21D0;

(9) CART Purchased and Wiped Seagate Barracuda 2TB SATA Hard Disk Drive Model ST2000DM001; S/N: W1E37F6A; containing image of Western Digital External USB hard disk drive Model WDBAAF0010HBK-01; S/N: WMAYM0169968M - 1TB; located in Room G Desk 17 - Western Digital Green 1TB Hard Disk Drive Model WD10EADS-11P8B2; S/N: WMAYM0169968 - LZGC17D1

(10) CART Purchased and Wiped Seagate Barracuda 2TB SATA Hard Disk Drive Model ST2000DM001; S/N: W1E38C1Y; containing images of Western Digital 640GB SATA hard disk Model WD640AAKS; S/N: WCAS4A364445, located in Dell Inspiron WDIB S/N: 85KQSL1 found in Room M Desk 54 - LZMC54D0 and Seagate 500GB SATA Hard Disk Drive Model ST3500413AS; S/N: Z2AD70QH Located in Dell Inspiron One 2320; S/N: DCDZ9Q1 found in Room G, Desk 13. - LZGC13D0;

Received By: _(Signature)_　　　　　Received From: _(Signature)_

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # [illegible]

On (date) March 17, 2015

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Ash[illegible] Wallace - Conner Diaz

(Street Address) 3301 Zeus Court

(City) Bakersfield, CA

Description of Item(s): (7) CART Purchased Seagate Barracuda 2TB SATA hard disk drive Model ST2000DM001 S/N: W1E7D0MM containing image of Western Digital 640GB SATA hard disk drive Model WD6400AAKS S/N: WCAV2[illegible] located in Dell PC S/N F8TTKK1 found in room M desk 63 - L2MC52V0.

(8) CART Purchased and wiped Seagate Barracuda 2TB SATA hard disk drive Model ST2000DM001 S/N: W1E4S1PR containing image of Seagate 500GB SATA hard disk drive Model ST3500418AS S/N: Z2A0NZLP (Position) located in HP Slimline S5[illegible] S/N [illegible] found in room D desk 21 - L2MC21B0.

(9) CART Purchased and wiped Seagate Barracuda 2TB SATA hard disk drive Model ST2000DM001 S/N: W1E5TFGA containing image of Western Digital External USB hard drive Model WDBAAF0010HBK-01 S/N: WMAY[illegible] - 1TB located in room G desk 17 - Western Digital Green 1TB hard disk drive Model WD10EADS-11S2B2 S/N: WMAV[illegible] - L2GC17B1.

(10) CART Purchased and wiped Seagate Barracuda 2TB SATA hard disk drive Model ST2000DM001 S/N: W1E3BCTY containing image of Western Digital 640GB SATA hard disk drive Model WD6400AAKS S/N: WCASYA[illegible] located in Dell Optiplex [illegible] S/N 85KC0S1 found in room M desk 54 - L2MC54D0 and Seagate 500GB SATA hard disk drive Model ST3500418AS S/N: Z2A0T80H located in Dell Inspiron One 2320 S/N BCDZ[illegible]Q1 found in room G desk 13 - L2GC13D0.

Received By: [signature] (Signature)

Received From: [signature] (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 209A-SC-263607Ø

On (date) MARCH 12, 2013

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Ashl. Healthcare Inc - Corina Diaz
(Street Address) 2201 Zeus Court
(City) Bakersfield California

Description of Item(s): (11) CART PURCHASED AND WIPED SEAGATE BARRACUDA 2TB SATA HARD DISK DRIVE MODEL ST2000DM001; S/N: S240TDS8; CONTAINING IMAGE OF WESTERN DIGITAL BLUE 500GB SATA HARD DISK DRIVE MODEL WD500AAKX-753CA1, S/N: WCAYUFA19864; LOCATED IN DELL ALL-IN-ONE DESKTOP PC MODEL INSPIRON ONE 2320 S/N: HPCZ9Q1 FOUND IN ROOM M DESK 50 - LZMC50DØ;

(12) CART PURCHASED AND WIPED SEAGATE BARRACUDA 2TB SATA HARD DISK DRIVE MODEL ST2000DM001; S/N: S24030QHX; CONTAINING IMAGE OF HITACHI 1TB SATA HARD DISK DRIVE MODEL HD721010CLA632 S/N: JP2940J8IG5W8V; LOCATED IN HP PAVILION P6823W ALL-IN-ONE PC S/N: MXX1290LYT FOUND IN ROOM M DESK 47 - LZMC47DØ AND HITACHI 1TB SATA HARD DISK DRIVE MODEL HD721010CLA630 S/N: JP2940N02GLZLV; LOCATED IN HP OMNI ALL IN ONE PC S/N: H2M57AA#ABA MODEL 120-1134 FOUND IN ROOM G DESK 17 - LZGC17DØ.

(13) CART PURCHASED AND WIPED SEAGATE BARRACUDA 3TB SATA HARD DISK DRIVE MODEL ST3000DM001; S/N: Z1FØB3JH (SEE ITEM 6) CONTAINING IMAGE OF 80GB SEAGATE SATA HARD DISK DRIVE MODEL ST380815AS S/N: 9RW57GWG LOCATED IN HP COMPAQ DX2400 S/N: MXL92115D5 FOUND IN ROOM A DESK 1 - LZAC1DØ.

Received By: _____ (Signature)        Received From: _____ (Signature)

FD-597 (Rev 8-11-94)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**Receipt for Property Received/Returned/Released/Seized**

File # 245A-SC-2556070

On (date) March 12, 2013 item(s) listed below were:

- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Ash! Healthcare Inc - Corina Diaz

(Street Address) 2301 Zeus Court

(City) Coachella California

Description of Item(s): (11) CART Purchased and Wiped Seagate Barracuda 2TB SATA Hard Disk Drive Model ST2000DM001 S/N: S24W7DS5 Containing image of [illegible] 640 GB SATA Hard Disk Drive Model WD6400AAKX-75CA1 S/N: WCAWYUFAY1569 Located in [illegible] Desktop PC Model Inspiron One 2330 S/N: HPC29C1 Found in Room H Desk 50 - LZMCS0D1.

(12) CART Purchased and Wiped Seagate Barracuda 2TB SATA Hard Disk Drive Model ST2000DM001 S/N: [illegible] Containing image of Hitachi 1TB SATA Hard Disk Drive Model HDS721010CLA632 S/N: JP2940HB1G5G8V Located in [illegible] HP Pavilion [illegible] S/N: MXX12400L9T Found in Room M Desk 47 - LZMCH7D0 also Hitachi 1TB SATA Hard Disk Drive Model HDS721010CLA630 S/N: JP2940GO2GLZLN Located in HP Omni All in One PC S/N: 3CR[illegible] H2ME7AA#ABA Model 120-1134 Found in Room G Desk 13 - LZGC17D0.

(13) CART Purchased and Wiped Seagate Barracuda 3TB SATA Hard Disk Drive Model ST3000DM001 S/N: Z1F0B2TH (See item 6) Containing image of 500GB Seagate SATA Hard Disk Drive Model ST3500418AS S/N: 9VM52G0G Located in HP Compaq Dx2400 S/N: MXL9210BDS Found in Room A Desk 1 - LZAC1D0.

Received By: [signature] (Signature)

Received From: [signature] (Signature)