1 McGREGOR W. SCOTT
United States Attorney
2 GRANT B. RABENN
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>Ashli Healthcare, Inc.<br>2201 Zeus Court<br>Bakersfield, CA<br><br>Valley Medical Group<br>5401 White Lane<br>Bakersfield, CA<br><br>High Grove Medical Center<br>2701 Chester Avenue, Suite 202<br>Bakersfield, CA<br><br>12404 Southworth Court<br>Bakersfield, CA<br><br>90 Portales Real Road<br>Bakersfield, CA | 5:13-sw-00018-JLT<br><br>REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

## **REQUEST TO UNSEAL**

The search warrants in the above-captioned matters were executed on March 8, 2013. The investigation has since been closed and did not result in any indictments. As a result, there is no need for the search warrants or search warrant affidavits to remain under seal. Accordingly, the United States asks that the Court order that the search warrants and affidavit be unsealed, as fully described below in Exhibit 1.

REQUEST TO UNSEAL SEARCH WARRANTS

1  Dated: January 10, 2018                    McGREGOR W. SCOTT
                                              United States Attorney
2

3                                        By: /s/ Grant B. Rabenn
                                              GRANT B. RABENN
4                                             Assistant United States Attorney

REQUEST TO UNSEAL SEARCH WARRANTS

# EXHIBIT 1

# TO REQUEST TO UNSEAL SEARCH WARRANTS

# AND SEARCH WARRANT AFFIDAVITS

# 5:13-sw-00018 JLT

IN THE MATTER OF THE APLICATIONS OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:

ASHLI HEALTHCARE, INC., 2201 ZEUS COURT, BAKERSFIELD, CA

VALLEY MEDICAL GROUP, 5401 WHITE LANE, BAKERSFIELD, CA

HIGH GROVE MEDICAL CENTER, 2701 CHESTER AVENUE, SUITE 202, BAKERSFIELD, CA

12404 SOUTHWORTH COURT, BAKERSFIELD, CA

90 PORTALES REAL ROAD, BAKERSFIELD, CA

1 MCGREGOR W. SCOTT
United States Attorney
2 GRANT B. RABENN
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America

7
8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | 5:13-sw-00018-JLT |
|---|---|---|
| 12 | | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| 13 | Ashli Healthcare, Inc.<br>2201 Zeus Court, Bakersfield, CA | |
| 14 | Valley Medical Group<br>5401 White Lane, Bakersfield, CA | |
| 15 | | |
| 16 | High Grove Medical Center<br>2701 Chester Avenue, Suite 202<br>Bakersfield, CA | |
| 17 | | |
| 18 | 12404 Southworth Court<br>Bakersfield, CA | |
| 19 | 90 Portales Real Road<br>Bakersfield, CA | |

20

21     Upon application of the United States of America and good cause having been shown,

22     IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

23 ordered unsealed.

24
Dated: _____          _____
25                                                The Honorable Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE
26

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS