| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GRANT B. RABENN<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>Ashli Healthcare, Inc.<br>2201 Zeus Court, Bakersfield, CA<br><br>Valley Medical Group<br>5401 White Lane, Bakersfield, CA<br><br>High Grove Medical Center<br>2701 Chester Avenue, Suite 202<br>Bakersfield, CA<br><br>12404 Southworth Court<br>Bakersfield, CA<br><br>90 Portales Real Road<br>Bakersfield, CA | 5:13-sw-00018-JLT<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated: __January 11, 2018__          ___/s/ Jennifer L. Thurston___
                                                                 UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS